FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PRO MECHANICAL SERVICES, INC., a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SIEMENS INDUSTRY, INC., a foreign corporation,<br><br>　　　　Defendant. | No. 2:22-CV-00249-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

　　　Before the Court is the Parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 20. Plaintiff is represented by Tyler S. Waite. Defendant is represented by Athan E. Tramountanas, Cynthia S. Park, Nicholas Carlson, and Timothy T. Parker.

　　　The parties agree to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B). Being fully informed, the Court grants the motion and dismisses this action.

//

//

//

//

//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 20, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(B), the above-captioned action is **DISMISSED with prejudice** without costs or attorneys' fees to any party.

3. All claims against Defendant and counterclaims against Plaintiff are **DISMISSED with prejudice**.

4. All pending motions are **DISMISSED as moot**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 1st day of July 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**